UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA SUAREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-00253 - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED MARCH 19, 2013<br><br>(Doc. 6)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S RULE 41(a) NOTICE |

On March 19, 2012, the Court issued an order to show cause to Plaintiff Amelia Suarez ("Plaintiff"), finding Plaintiff failed to comply with the Court's order to file an amended complaint. (Doc. 6). The same day, Plaintiff filed a response to the Court's order requesting a discharge of the order to show cause (Doc. 7), as well as a notice to dismiss the action without prejudice pursuant to Rule 41(a)(1)(i).  (Doc. 8).

Under the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

In this case, because the defendant had not yet been served, Plaintiff was able to file a notice of dismissal, which "automatically terminate[d] the action." *Wilson*, 111 F.3d at 692.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The order to show cause dated March 19, 2013 (Doc. 6) is DISCHARGED;
2. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal without prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 20, 2013**            /s/ Jennifer L. Thurston
                          UNITED STATES MAGISTRATE JUDGE